UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JULIAN ANTONIO LANTIGUA CABA,
*individually and on behalf of others similarly situated*,   **Docket No.:** 21-cv-05338-JPC

        *Plaintiff*,

-against-

ISAAC ALKADAA

        *Defendant.*
---------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JULIAN ANTONIO LANTIGUA CABA, by and through his attorneys, Michael Faillace & Associates, P.C., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant ISAAC ALKADAA pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
       September 1, 2021

                                            MICHAEL FAILLACE & ASSOCIATES, P.C.

                                  By:    */s/ Khalil Huey*
                                               Khalil Huey Esq.
                                               60 East 42nd Street, Suite 4510
                                               New York, New York 10165
                                               Telephone: (212) 317-1200
                                               *Attorneys for Plaintiffs*

---

The Clerk of Court is respectfully directed to close this case. Because the voluntary dismissal is without prejudice, it is outside of the scope of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 201 n.2 (2015) and does not require the Court's approval.

SO ORDERED.

Date: September 3, 2021
New York, New York

                                               _____
                                               JOHN P. CRONAN
                                               United States District Judge